IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON WATT**                                                                                              **PLAINTIFF**

V.                                          **CASE NO. 4:21-CV-00030-LPR**

**KILOLO KIJAKAZI, ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## ORDER

    The Court has received the Recommended Disposition (RD) submitted by United States Magistrate Judge Jerome T. Kearney and Mr. Watt's objections. After a careful and *de novo* review of the RD, the objections, and the record in this case, the Court concludes that the RD should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

    IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and judgment will be entered for the Defendant.

    DATED this 6th day of June 2022.

                                                                                     _____
                                                                                    LEE P. RUDOFSKY
                                                                    UNITED STATES DISTRICT JUDGE