IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**AARON WATT**                                                                                                      **PLAINTIFF**

**V.**                          **CASE NO. 4:21-CV-00030-LPR**

**KILOLO KIJAKAZI, ACTING COMMISSIONER OF**
**SOCIAL SECURITY ADMINISTRATION**                                    **DEFENDANT**

## JUDGMENT

Consistent with the Order that was filed today, it is CONSIDERED, ORDERED, and ADJUDGED that the Commissioner's decision is AFFIRMED, and judgment is entered in favor of the Defendant.

DATED this 6th day of June 2022.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE